IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| SHARDE IMAN LEWIS, | : | CASE NO. 15-64829-BEM |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| FLAMINGO AUTO SALES, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SHARDE IMAN LEWIS, Debtor; | : | |
| and MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

COMES NOW Flamingo Auto Sales (the "Movant"), a creditor of the referenced Debtor, and hereby moves this Court to deny confirmation of Debtor's Chapter 13 Plan. In support of its objection, the Movant shows the Court as follows:

1.

On August 4, 2015, Sharde Iman Lewis ("Debtor") filed a Voluntary Petition pursuant to 11 U.S.C. Section 1301 et seq., and said case is presently pending before this Court.

2.

Movant has a net claim in this case in the approximate amount of $12,491.99 secured by a 2010 Honda Accord (the "Collateral").

3.

Debtor has yet to file a Chapter 13 plan. The deadline to file the plan was August 18, 2015.

4.

The Collateral was purchased on June 6, 2015, within 910 days of filing; therefore, Movant requests payment of its full, secured claim amount. Movant is uncertain if the case will complete within term if the claim is paid correctly.

5.

Pre and post confirmation payments need to at least be contract payments of $220.00 bi-weekly ($476.67 per month) at contract interest of 14.00% as the car was purchased only two months prior to filing this case.

The Collateral is depreciating through use and over time and the Debtor is not adequately protecting Movant's interest in the Collateral. Debtor is not proposing an appropriate pre-confirmation adequate protection payment in violation of 11 U.S.C. Section 1326(a)(1)(C).

Any increase in pre-confirmation adequate protection payments prior to Confirmation needs to be made to have the effect of being retroactive to the filing date to pay Movant the correct amount of adequate protection (i.e., a lump sum amount that will be enough to make up for the difference in adequate protection previously disbursed by the Trustee and what Movant is entitled to).

6.

This case may not be feasible in contravention of 11 U.S.C. §1325(a)(6).

Debtor bears the burden of proving all elements of confirmation including the feasibility of this case and should be required to produce documents to support all income and expenses listed on Schedules I and J.

7.

This plan was proposed in bad faith in violation of 11 U.S.C. §1325(a)(3). The specific terms of the proposed plan itself are not proposed in good faith.

8.

Movant has no proof of full coverage insurance on the Collateral and is therefore not adequately protected.

WHEREFORE, the Movant prays that its Objection to Confirmation of Chapter 13 Plan be inquired into and sustained and that it has such other and further relief as this Court deems just and proper.

This August 19, 2015.

                              The Law Office of
                              LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                              Attorneys for Movant

                              By:  /s/Andrew D. Gleason
                                   Andrew D. Gleason
                                   Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| SHARDE IMAN LEWIS | : | CASE NO. 15-64829-BEM |
| | : | |
| Debtor. | : | |
| | : | |
| _____ | : | |
| FLAMINGO AUTO SALES, | : | |
| | : | |
| Movant, | : | |
| | : | |
| v. | : | CONTESTED MATTER |
| | : | |
| SHARDE IMAN LEWIS, Debtor; | : | |
| and MARY IDA TOWNSON, Trustee, | : | |
| | : | |
| Respondents. | : | |
| | : | |

# CERTIFICATE OF SERVICE

The undersigned, Andrew D. Gleason, hereby certifies that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that I served a copy of the OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the following by depositing same in the United States Mail in properly addressed envelopes with adequate postage to:

Sharde Iman Lewis
113A Millbrook Circle
Roswell, GA 30075

Craig Z. Black
101 Marietta Street NW
Suite 3600
Atlanta, GA 30303

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740


       This August 19, 2015.

                              The Law Office of
                              LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
                              Attorneys for Movant


                              By: <u>  /s/Andrew D. Gleason</u>
                                    Andrew D. Gleason
                                    Georgia State Bar No. 297122

5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342
(404) 869-6900
agleason@lrglaw.com